ACCEPTED
01-15-00010-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/8/2015 2:20:12 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00010-CV

IN THE

FIRST COURT OF APPEALS

AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/8/2015 2:20:12 PM
CHRISTOPHER A. PRINE
Clerk

_____

Mark THOMPSON, SR.,

Appellant,

v.

Karen SMITH,

Appellee.

_____

On Appeal from the 246th District Court of

Harris County, Texas

Trial Court Cause No. 2013-03434

_____

## MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE JUDGES OF THE FIRST COURT OF

APPEALS:

NOW COMES Appellee, Karen Smith ("Smith"), and files this Motion to

Extend Time to File Appellee's Brief pursuant to Rules 10.5(b) and 38.6(d) of the

Texas Rules of Appellate Procedure. Smith respectfully requests that this Court

grant her additional time to file her brief, and would show in support of her request

the following:

## ARGUMENT AND AUTHORITY

1.      There is no specific deadline to file this motion to extend. See TEX. R. APP. P. 38.6 (d).

2.      The Court has the authority under TEX. R. APP. P. 38.6(d) to extend the time to file a brief.

3.      Smith's brief is currently due on June 8, 2015.

4.      Smith requests an additional 30 days to file her brief, extending the time until July 8, 2015.

5.      One extension has been granted to extend the time to file Appellee's brief.

6.      Smith needs additional time to file her brief because counsel for Smith had several matters to prepare for and try between the time Appellant brief was filed and Smith's current deadline. Time was also lost to the flooding in the Houston area over Memorial Day. This, in conjunction with the routine matters that counsel for Smith attends to on a daily basis, has prevented counsel for Smith from being able to fully prepare Appellee's brief by the June 8, 2015 deadline.

7.      This extension is not sought for delay but so that justice may be done. Smith seeks this extension so that she may prepare a thorough and well-developed brief to aid this Court in its analysis of the issue.

## PRAYER

For these reasons, Smith prays that this Court grant her request for an extension of time to file her brief until July 8, 2015.

Respectfully Submitted,
BUTEL & PICKETT, PLLC

_____
G. Troy Pickett
Texas Bar No. 24072757
William A. Scheel
Texas Bar No. 24075025
2222 Bissonnet, Ste. 203
Houston, Texas 77005
Tel.: 713–589–7140
Fax: 713–589–7141
email: gtpservice@butelpickett.com
ATTORNEY FOR APPELLEE

# CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel via e-service on June 8, 2015:

Party:                         Mark Thompson, Sr.
Lead attorney:           Nida C. Wood
Address of service:     1330 Post Oak Boulevard, Suite 1800
                              Houston, Texas 77056

_____
G. Troy Pickett
Attorney for Appellee